# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2014

*The Court of Appeals hereby passes the following order:*

**A15E0005. THE STATE v. BROWN et al.**

The State has filed an emergency motion seeking an order from this court that the trial court "was without jurisdiction to hold a trial in this case while the State's Notice of Appeal was pending, that the trial court's 'Final Order of Acquittal as to All Defendants' is thus void for lack of jurisdiction, and that the State's Notice of Appeal divested the trial court of jurisdiction in this case." But consideration of the merits of these issues will be decided in due course upon the completion of the appellate record and the submission of briefs by the parties. The relief sought in the State's emergency motion of September, 18, 2014, is therefore DENIED.

However, in the exercise of this court's inherent power pursuant to Rule 40 (b), it is hereby ordered that ALL proceedings in the above-styled action be STAYED pending disposition of the State's appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*